JS-6

# THE UNITED STATES DISTRICT COURT
# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AIRSTAR AMERICA, INC., a Florida Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Central District Case No.:<br>2:23-CV-07618-SVW-AS<br><br>ORDER OF<br>STIPULATION OF DISMISSAL<br>[FRCP 41(a)(1)(A)(ii)]<br><br>HON. STEPHEN V. WILSON |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

Dated: April 29, 2024

*[signature]*
STEPHEN V. WILSON,
UNITED STATES DISTRICT JUDGE